# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                 Plaintiff,

v.

RAVIINDER GILL,

                 Defendant.

Case No. 16-CR-187-2-JPS

**ORDER**

On November 22, 2016, the grand jury returned a six-count indictment against Defendant and his two co-defendants, charging them with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, wire fraud, in violation of 18 U.S.C. § 1343, and redemption of illegally received food stamps, in violation of 7 U.S.C. § 2024(c). (Docket #1). On May 16, 2017, the parties filed plea agreements as to each Defendant, indicating that each would plead guilty to certain counts in the Indictment. See (Docket #41, #42, #43). Defendant Raviinder Gill agreed to plead guilty to Count One of the Indictment, charging him with conspiracy to commit wire fraud. (Docket #43 at 4–5).

The parties appeared before Magistrate Judge Nancy Joseph on May 25, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #54). Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #55 at 1).

That same day, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #55 at 1–2). To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #55) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 13th day of June, 2017.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge