# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 16-CR-187-2-JPS |
| v. | |
| RAVIINDER GILL, | |
| Defendant. | **ORDER** |

On September 13, 2017, the government filed a motion for a money judgment of forfeiture and a preliminary order of forfeiture as to certain property of Defendant. (Docket #87). As part of his plea agreement and a later stipulation between the parties, Defendant agreed: (1) to the entry of a money judgment of forfeiture in the amount of $622,764.86 against him individually; (2) to pay the United States the sum of $10,000, in the form of a cashier's check made payable to the United States Marshals Service, to be forfeited as a substitute asset in lieu of the real properties located at 2501 N. 35th Street and 501–503 W. North Avenue, Milwaukee, Wisconsin; and (3) to the immediate entry of a preliminary order of forfeiture as to the $10,000. (Docket #87 at 2). The government's motion seeks the entry of an order to effectuate these things, and the Court will, therefore, grant the motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that the United States' motion for entry of a money judgment of forfeiture and a preliminary order of forfeiture (Docket #87) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that a money judgment of forfeiture in the amount of $622,764.86 be entered against Defendant Raviinder Gill individually;

**IT IS FURTHER ORDERED** that, under 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), the Wells Fargo Bank cashier's check dated September 6, 2017, in the amount of $10,000, bearing check number 0132001035, and made payable to the United States Marshal Service, be and the same is hereby preliminarily forfeited to the United States as a substitute asset, in partial satisfaction of the money judgment entered against Defendant Raviinder Gill;

**IT IS FURTHER ORDERED** that the above-listed cashier's check shall be seized by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in Defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 15th day of September, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge