# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

        Plaintiff,

v.

KANWAR GILL and
RAVIINDER GILL,

        Defendants.

Case No. 16-CR-187-JPS

**ORDER**

In September 2017, the Court granted the government's motions for preliminary orders of forfeiture as to cashier's checks of Defendants Kanwar Gill and Raviinder Gill. (Docket #80, #88). The terms of those preliminary orders were incorporated into each of Defendants' judgment and commitment orders. *See* (Docket #85, #93). The government now seeks to convert those preliminary orders of forfeiture into final orders pursuant to Federal Rule of Criminal Procedure 32.2. (Docket #95). The Court, having reviewed the government's submissions and the relevant authorities, and being satisfied that no timely third-party claims as to the property items have been filed and that the terms and provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) have been satisfied, will grant the motion.

Accordingly,

**IT IS ORDERED** that the government's motion for entry of a final order of forfeiture and judgment (Docket #95) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), that the following property items be, and hereby are,

forfeited to the United States of America; that the United States has clear title to these property items; and that the United States may dispose of these property items according to law:

1. A US Bank cashier's check dated August 17, 2017, in the amount of $30,000, bearing check number 2069521350, and made payable to the United States Marshal Service; and

2. A Wells Fargo Bank cashier's check dated September 6, 2017, in the amount of $10,000, bearing check number 0132001035, and made payable to the United States Marshal Service.

Dated at Milwaukee, Wisconsin, this 20th day of December, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge